AO 442 (Rev. 11/11) Arrest Warrant



# UNITED STATES DISTRICT COURT
for the
District of Columbia

U.S. MARSHAL-DC AM11:2
RECEIVED NOV 1 '19

| United States of America | ) | Case: 1:19-mj-00266 |
|---|---|---|
| v. | ) | Assigned To : Judge Deborah A. Robinson |
| ANDREW ROBERTSON | ) | Assign. Date : 10/29/2019 |
| | ) | Description: COMPLAINT W/ARREST WARRANT |
| Defendant | ) | |

## ARREST WARRANT

**FILED**
NOV 25 2019
Clerk, U.S. District and
Bankruptcy Courts

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Andrew Robertson,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

As described in greater detail in the attached affidavit, incorporated herein by reference, in violation of 18 U.S.C. Section 1341 (Mail Fraud), from approximately April 2017-October 2018, ROBERTSON devised and intended to devise a scheme to defraud and obtain money and property from Firm A by means of materially false and fraudulent pretenses, representations, and promises, and for the purpose of executing this scheme, on or about 1/3/18, he knowingly caused to be delivered into the District of Columbia, by commercial interstate carrier Federal Express, proceeds of this scheme.

Date: October 29, 2019

*Issuing officer's signature*

Deborah A. Robinson
United States Magistrate Judge
*Printed name and title*

City and state: Washington, D.C.

---

### Return

This warrant was received on *(date)* 11/01/2019, and the person was arrested on *(date)* 11/25/2019
at *(city and state)* Washington, DC.

Date: 11/25/2019

*Arresting officer's signature*

Alex Crispo, Deputy US Marshal
*Printed name and title*